IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS CURTIS HINES, #118977,   :

    Plaintiff,   :

vs.   :   CA 11-0644-WS-C

KIM THOMAS, et al.,   :

    Defendants.   :

## ORDER

After due and proper consideration of all the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 13, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this 12th day of August, 2013.

                      s/WILLIAM H. STEELE
                      **CHIEF UNITED STATES DISTRICT JUDGE**