# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

THOMAS CURTIS HINES, #118977,   :

    Plaintiff,   :

vs.   :   CA 11-0644-WS-C

KIM THOMAS, et al.,   :

    Defendants.   :

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that that this malicious Complaint, as last amended, be and is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). This dismissal is to be counted as a strike against Mr. Thomas Curtis Hines pursuant to 28 U.S.C. § 1915(g).

    **DONE** this 12th day of August, 2013.

        **s/WILLIAM H. STEELE**
        **CHIEF UNITED STATES DISTRICT JUDGE**