# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| THOMAS CURTIS HINES, #118977 | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0644-WS-C |
| KIM THOMAS, *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Amended Report and Recommendation to which objection is made, the Amended Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as the claims either fail to state a claim upon which relief can be granted or are frivolous.

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the amended report and recommendation recommending the dismissal of this action, of this order adopting the amended report and recommendation, and of the judgment dismissing this action.

**DONE** this 25th day of August, 2016.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**