IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS CURTIS HINES, #118977 | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 11-0644-WS-C |
| KIM THOMAS, *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as the claims either fail to state a claim upon which relief can be granted or are frivolous.

**DONE** this 25th day of August, 2016.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**